# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO ORTA, JR. (1),<br>LAURA ARREOLA (2),<br><br>Defendants. | Case No. 19-CR-0676-BAS<br><br>**JUDGMENT AND ORDER GRANTING MOTION AND DISMISSING INFORMATION** |

Upon motion of the United States, and good cause appearing, the Court **GRANTS** the motion, and **DISMISSES** the Information [Dkt. No. 15] without prejudice.

**IT IS SO ORDERED.**

DATED: 6/3/19

HON. CYNTHIA BASHANT
United States District Judge